2018 JAN -8  A 10: 55



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR MAKING
### AND SUBSCRIBING A FALSE TAX RETURN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| v. | * | SECTION: SECT. B MAG. 4 |
| WADE YBARZABAL | * | VIOLATION: 26 U.S.C. § 7206(1) |

\* \* \*

The United States Attorney charges:

## COUNT 1

### A.  AT ALL TIMES MATERIAL HEREIN

1.  **WADE YBARZABAL**, defendant herein, was a resident of Mandeville, Louisiana, which is within the Eastern District of Louisiana.

2.  **WADE YBARZABAL** was the sole owner of the general contracting business, Ybarzabal Contractors LLC, which was located within the Eastern District of Louisiana.

3.  The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the lax laws of the United States, and collecting taxes owed to the United States.

X Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

**B.     THE OFFENSE CONDUCT**

On or about November 11, 2014, in the Eastern District of Louisiana, **WADE YBARZABAL**, a resident of Mandeville, Louisiana, did willfully make and subscribe a false Form 1040, Individual Income Tax Return, for tax year 2012, which was verified by written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That Form 1040, Individual Income Tax Return, for tax year 2012, which was prepared and signed in the Eastern District of Louisiana and was filed with the Internal Revenue Service, reported on Schedule C, Line 1, that the gross receipts for **WADE YBARZABAL'S** general contracting business were $262,347, whereas, as he then and there knew, the gross receipts for **WADE YBARZABAL'S** general contracting business were substantially more than $262,347.

All in violation of Title 26, United States Code, Section 7206(1).

DUANE A. EVANS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF LOUISIANA

By:

EDWARD J. RIVERA
Assistant United States Attorney
GRACE ALBINSON
Trial Attorney, U.S. Department of Justice
Tax Division

New Orleans, Louisiana
January 8, 2018

No. _____

# United States District Court

## FOR THE

EASTERN _____ DISTRICT OF ___ LOUISIANA

UNITED STATES OF AMERICA

*vs.*

WADE YBARZABAL

BILL OF INFORMATION FOR MAKING
AND SUBSCRIBING A FALSE TAX RETURN

Violation(s): 26 U.S.C. § 7206(1)

Filed _____, 20 __18__

_____, *Clerk.*

By _____, *Deputy*

*Assistant United States Attorney*
EDWARD J. RIVERA