U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 5-30-2018
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-05 |
| v. | * | SECTION: "B" |
| WADE YBARZABAL | * | |

\* \* \*

## FACTUAL BASIS

The defendant, **WADE YBARZABAL**, (hereinafter "**YBARZABAL**") has indicated that he intends to plead guilty as charged to Count 1, that is, filing a false tax return, in violation of 26 U.S.C. § 7206(1), of the Information currently pending against him.

The United States and **YBARZABAL** do hereby stipulate and agree that the allegations in the Information and the following facts are true and correct and that, should this matter have proceeded to trial, the government would have proven them beyond a reasonable doubt, through the introduction of competent testimony and admissible tangible and documentary exhibits. This Factual Basis does not attempt to set forth all of the facts known to the United States at this time. The limited purpose of this Factual Basis is to demonstrate that there exists a sufficient legal basis for **YBARZABAL'S** guilty plea. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea that the defendant will tender. The parties also agree that this Factual Basis may, but need not, be used by the United States Probation Office and the Court in determining the applicable advisory guideline range under the United States Sentencing Guidelines or the appropriate sentence under 18 U.S.C. § 3553(a).

1

___ Fee_____ EJR/GA
___ Process_____ VWJ
_X_ Dktd_____ WY
___ CtRmDep_____
___ Doc. No._____

At all times material herein, **YBARZABAL** was a resident of Mandeville, Louisiana, which is within the Eastern District of Louisiana.

At all times material herein, **YBARZABAL** was the sole owner of the general contracting business, which he operated under various names, including but not limited to Ybarzabal Contractors LLC, and which was located within the Eastern District of Louisiana.

**YBARZABAL** reported this business on his Schedules C, attached to his Forms 1040, U.S. Individual Income Tax Returns, for tax years 2012, 2013, and 2014, among other tax years.

On or about November 11, 2014, in the Eastern District of Louisiana, **YBARZABAL**, willfully made and subscribed a false Form 1040, Individual Income Tax Return, for tax year 2012, which was verified by written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter.

That Form 1040, Individual Income Tax Return, for tax year 2012, which was prepared and signed in the Eastern District of Louisiana and was filed with the Internal Revenue Service, reported on Schedule C, Line 1, that the gross receipts for **YBARZABAL'S** general contracting business were $262,347, whereas, as he then and there knew, the gross receipts for **YBARZABAL'S** general contracting business were $744,552.23. This material misstatement caused an additional tax liability to the United States in the amount of $162,411.71.

On or about November 11, 2014, in the Eastern District of Louisiana, **YBARZABAL**, willfully made and subscribed a false Form 1040, Individual Income Tax Return, for tax year 2013, which was verified by written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter.

2

EJR/GA
VWJ
WY

That Form 1040, Individual Income Tax Return, for tax year 2013, which was prepared and signed in the Eastern District of Louisiana and was filed with the Internal Revenue Service, reported on Schedule C, Line 1, that the gross receipts for **YBARZABAL'S** general contracting business were $144,283, whereas, as he then and there knew, the gross receipts for **YBARZABAL'S** general contracting business were $285,139.43. This material misstatement caused an additional tax liability to the United States in the amount of $46,569.67.

On or about September 30, 2015, in the Eastern District of Louisiana, **YBARZABAL**, willfully made and subscribed a false Form 1040, Individual Income Tax Return, for tax year 2014, which was verified by written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter.

That Form 1040, Individual Income Tax Return, for tax year 2014, which was prepared and signed in the Eastern District of Louisiana and was filed with the Internal Revenue Service, reported on Schedule C, Line 1, that the gross receipts for **YBARZABAL'S** general contracting business were $185,485, whereas, as he then and there knew, the gross receipts for **YBARZABAL'S** general contracting business were $248,987.26. This material misstatement caused an additional tax liability to the United States in the amount of $18,218.83.

The total tax loss for tax years 2012, 2013, and 2014, based on the above conduct, is $227,200.20.

Various records, including income tax returns, IRS filing records, bank records, and other documents and tangible objects would be introduced at trial to prove the facts as set forth above.

EJR/GA
VWJ
WY



In addition, the testimony of employees and agents of the Internal Revenue Service, and other competent witnesses would be introduced at trial to prove the facts set forth above.

**APPROVED AND AGREED TO:**

_____       5/30/2018
EDWARD J. RIVERA                        Date
Assistant United States Attorney
GRACE ALBINSON
Trial Attorney

_____      5-30-18
VALERIE WELZ JUSSELIN, Esq.     Date
Attorney for Defendant YBARZABAL

_____      5/30/18
WADE YBARZABAL                  Date
Defendant

EJR/GA
VWJ
WY