MINUTE ENTRY
LEMELLE, J.
JANUARY 16, 2019
JS10: 01:09

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-005 |
| WADE YBARZABAL | SECTION: B |

### SENTENCING

Courtroom Deputy:     Kimberly County
Court Reporter:         Cathy Pepper

APPEARANCES:     Edward John Rivera and Grace Ethel Albinson (DOJ), Asst. U. S. Attorneys
Valerie Welz Jusselin, Counsel for Defendant
Marilyn Brasset, U. S. Probation Officer
Wade Ybarzabal, Defendant

Case called; all present and ready.
Statements by counsel for defendant and the Government regarding information in the sentencing memos.
Statement by counsel for defendant and defendant in mitigation of sentence.
Statement by Rhonda McNealy, defendant's ex-wife, in mitigation of sentence.
Defendant sentenced as to Count 1 of the Bill of Information.
See Judgment.
Defendant ordered to surrender by 12:00 noon on April 16, 2019.
Defendant released on same bond until he reports to the Bureau of Prisons.
Court adjourned.